**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| WILKINS TOWNSHIP, | : No. 234 WAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| THE WAGE POLICY COMMITTEE OF | : |
| THE WILKINS TOWNSHIP POLICE | : |
| DEPARTMENT, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.